In re Mistrose Plantation, Inc.; Haley, Samuel; Haley, Wynona; Johnson, Fary; Johnson, Haley Olivia; Haley, Eugene; Haley, Tellen Stephenson; Briscoe, M.C.; Briscoe, Fanny Haley; Haley, Jerry; Haley, Anne Wilson; Haley, Dallas Jr., Est. of; Haley, Gloria Thomas; Haley, Leroy; Haley, Melrose Frank; Haley, Alex; Haley, Ervena Armstrong; Haley, Alfred; Haley, Ruth Leday; Haley, Emile; Haley, Rosella Fruge; Haley, Evelena C.C., Est. of; Haley, Dallas Sr., Est. of; applying for supervisory and/or remedial writ; Parish of St. Landry, 27th Judicial District Court, Div. “B”, Nos. 84173-2, 84174-2, 84208-1 and 84319-1; to the Court of Appeal, Third Circuit, No. CW88-0017.
Denied.